UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBEN RUBINOV,

                Petitioner,

-against-

WARDEN W.S. PLILER,

                Respondent.

21-cv-4397 (LJL)

ORDER TO ANSWER

LEWIS J. LIMAN, United States District Judge:

The Court, having examined the petition, filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The United States Attorney for the Southern District of New York is directed to file an answer or other pleading in response to the petition within sixty days of the date of this order; Petitioner may file reply papers, if any, within thirty days from the date he is served with Respondent's answer.

It is further ORDERED that the Clerk of Court serve copies of this order by certified mail upon the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated: May 20, 2021
        New York, New York

                                               Lewis J. Liman
                                            United States District Judge